IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN AND MALLRO DIZON<br><br>    Plaintiffs,<br><br>  v.<br><br>FARMERS NEW WORLD LIFE INSURANCE CO., CELY and MARCY CAYABYAB INSURANCE AGENCY, CELY and MARCY CAYABYAB, and DOES 1-20,<br><br>    Defendants. | Case No. C 13-2042 SC<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS |

On July 8, 2013, Defendants Cely Cayabyab, Marcy Cayabyab, and Cely and Marcy Cayabyab Insurance Agency (collectively ("Defendants") filed a motion to dismiss Plaintiffs Carolyn and Mallro Dizon's ("Plaintiffs") complaint as to them. (ECF No. 17 ("MTD"). Plaintiffs filed a statement of non-opposition to that motion. ECF No. 24.

///
///
///
///

1  The Court therefore GRANTS Defendants' motion and dismisses
2  Plaintiffs' claims against Defendants.  Defendant Farmers New World
3  Life Insurance Co. remains in the case.

5  IT IS SO ORDERED.

7  Dated: September 18, 2013    
8                               UNITED STATES DISTRICT JUDGE