**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CAROLYN AND MALLRO DIZON | ) Case No. C 13-2042 SC |
| Plaintiffs, | ) ORDER GRANTING UNOPPOSED MOTION TO DISMISS |
| v. | ) |
| FARMERS NEW WORLD LIFE INSURANCE CO., CELY and MARCY CAYABYAB INSURANCE AGENCY, CELY and MARCY CAYABYAB, and DOES 1-20, | ) |
| Defendants. | ) |

On July 8, 2013, Defendants Cely Cayabyab, Marcy Cayabyab, and Cely and Marcy Cayabyab Insurance Agency (collectively ("Defendants") filed a motion to dismiss Plaintiffs Carolyn and Mallro Dizon's ("Plaintiffs") complaint as to them.  (ECF No. 17 ("MTD").  Plaintiffs filed a statement of non-opposition to that motion.  ECF No. 24.

///

///

///

///

1    The Court therefore GRANTS Defendants' motion and dismisses

2 Plaintiffs' claims against Defendants.  Defendant Farmers New World

3 Life Insurance Co. remains in the case.

4

5    IT IS SO ORDERED.

6

7    Dated: September __18__, 2013     
_____

8                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28