Royal F. Oakes (080480),
roakes@bargerwolen.com
Michael A. S. Newman (205299),
mnewman@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
Farmers New World Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN AND MALLRO DIZON, | CASE NO.: C13-2042-SC |
| Plaintiffs, | Hon. Samuel Conti |
| vs. | **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| FARMERS NEW WORLD LIFE INSURANCE COMPANY, CELY AND MARCY CAYABYAB INSURANCE AGENCY, CELY AND MARCY CAYABYA, as individuals, and DOES 1-20, | Complaint Filed: May 3, 2013 |
| Defendants. | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office6\6282\582\14pleadings\prop order re dismissalv2.doc

**[~~PROPOSED~~] ORDER**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, the entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 03/11/2014

_____
JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Judge Samuel Conti

-2-